NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## LINCOLN NATIONAL LIFE INSURANCE COMPANY,
*Plaintiff-Appellee,*

v.

## TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,
*Defendants-Appellants.*

---

2010-1257

---

Appeal from the United States District Court for the Northern District of Iowa in 06-CV-0110, Judge Mark W. Bennett.

---

## ON MOTION

---

## ORDER

Transamerica life Insurance Company et al. (Transamerica) move the court to stay briefing in this appeal pending issuance of the mandate in *Lincoln Nat'l Life Ins. Co. v. Transamerica Life Ins. Co.*, 2009-1403, -1491.

Transamerica states that Lincoln National Life Insurance Company consents.

Transamerica states that the present appeal concerns enforcement of a permanent injunction entered against Transamerica, and that in *Lincoln Nat'l Life Ins. Co. v. Transamerica Life Ins. Co.*, 2009-1403, -1491, the underlying injunction was vacated.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Transamerica is directed to inform the court within 14 days of the date of issuance of the mandate in *Lincoln Nat'l Life Ins. Co. v. Transamerica Life Ins. Co.*, 2009-1403, -1491, how it believes this appeal should proceed. Lincoln may also respond within that time.

FOR THE COURT

**JUL 15 2010**
————————————
Date

/s/ Jan Horbaly
————————————
Jan Horbaly
Clerk

cc: D. Randall Brown, Esq.
    Steven M. Bauer, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 15 2010**

**JAN HORBALY**
**CLERK**